```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    14 Civ. 537  (DLC)
                                        :    14 Civ. 540  (DLC)
                                        :    14 Civ. 542  (DLC)
                                        :    14 Civ. 543  (DLC)
                                        :    14 Civ. 547  (DLC)
IN RE CANON PATENT LITIGATION           :    14 Civ. 551  (DLC)
                                        :    14 Civ. 554  (DLC)
                                        :    14 Civ. 555  (DLC)
                                        :    14 Civ. 558  (DLC)
                                        :    14 Civ. 562  (DLC)
                                        :
----------------------------------------X
CANON INC.,                             :
                Plaintiff,              :    14 Civ. 3307 (DLC)
                                        :
        v.                              :
                                        :
KATUN CORPORATION,                      :
                                        :
                Defendant.              :
----------------------------------------X
CANON INC.,                             :
                Plaintiff,              :    14 Civ. 3308 (DLC)
                                        :
        v.                              :
                                        :
LD PRODUCTS, INC.,                      :
                Defendant.              :
----------------------------------------X
CANON INC.,                             :
                Plaintiff,              :    14 Civ. 3309 (DLC)
                                        :
        v.                              :
                                        :
PROVANTAGE, LLC,                        :
                                        :
                Defendant.              :
----------------------------------------X
```

5/27/2014

```
------------------------------------------X
CANON INC.,                               :
                    Plaintiff,            :    14 Civ. 3310 (DLC)
                                          :
          v.                              :
                                          :
PRINTRONIC CORPORATION,                   :
                                          :
                    Defendant.            :
------------------------------------------X
CANON INC.,                               :
                    Plaintiff,            :    14 Civ. 3311 (DLC)
                                          :
          v.                              :
                                          :
ZINYAW LLC,                               :
                    Defendant.            :
------------------------------------------X
                                          :
CANON INC.,                               :
                    Plaintiff,            :    14 Civ. 3312 (DLC)
                                          :
          v.                              :
                                          :
SHENZHEN ASTA OFFICIAL CONSUMABLE CO.,    :
LTD.,                                     :
                    Defendant.            :
------------------------------------------X
CANON INC.,                               :
                    Plaintiff,            :    14 Civ. 3313 (DLC)
          v.                              :
                                          :
NINESTAR IMAGE TECH LIMITED; ZHUHAI SEINE :
TECHNOLOGY CO., LTD.; NINESTAR TECHNOLOGY :
COMPNAY, LTD.; SEINE TECH (USA) CO.,      :
LTD.; SEINE IMAGE INT'L CO., LTD.;        :
NINESTAR IMAGE TECH, LTD.; SEINE IMAGE    :
(USA) CO., LTD.; and NANO PACIFIC         :
CORPORATION,                              :
                    Defendants.           :
------------------------------------------X
```

```
------------------------------------------X
CANON INC.,                               :
                    Plaintiff,            :    14 Civ. 3314 (DLC)
                                          :
          v.                              :
                                          :
ACM TECHNOLOGIES, INC.,                   :
                                          :
                    Defendant.            :
------------------------------------------X
CANON INC.,                               :
                    Plaintiff,            :    14 Civ. 3315 (DLC)
                                          :
          v.                              :
                                          :
GRAND IMAGE INC.,                         :
                                          :
                    Defendant.            :
------------------------------------------X
CANON INC.,                               :
                    Plaintiff,            :    14 Civ. 3316 (DLC)
          v.                              :
                                          :
DO IT WISER LLC,                          :            ORDER
                                          :
                    Defendant.            :
------------------------------------------X
```

DENISE COTE, District Judge:

By letter of May 8, plaintiff Canon Inc. ("Canon") advised that it had filed ten new complaints in this district alleging infringement of the twelve patents at issue in this litigation. These cases are:

    <u>Canon Inc. v. Katun Corp.</u>, 14 Civ. 3307
    <u>Canon Inc. v. LD Prods., Inc.</u>, 14 Civ. 3308
    <u>Canon Inc. v. Nectron Int'l Inc.</u>, 14 Civ. 3309
    <u>Canon Inc. v. Printronic Corp.</u>, 14 Civ. 3310
    <u>Canon Inc. v. Zinyaw LLC</u>, 14 Civ. 3311
    <u>Canon Inc. v. Shenzhen ASTA Official Consumable Co., Ltd.</u>,
        14 Civ. 1312
    <u>Canon Inc. v. Ninestar Image Tech Ltd., et al.</u>,
        14 Civ. 3313

<u>Canon Inc. v. ACM Techs., Inc.</u>, 14 Civ. 3314
<u>Canon Inc. v. Grand Image Inc.</u>, 14 Civ. 3315
<u>Canon Inc. v. Do It Wiser LLC</u>, 14 Civ. 3316

On May 15, these ten cases (the "Newly Filed Actions") were assigned to this Court as related to the actions consolidated with <u>In re Canon Patent Litig.</u>, 14 Civ. 537 (the "Consolidated Actions").

By Order of May 19, the parties that had appeared in the Consolidated Actions and Newly Filed actions were directed to advise the Court by May 23 whether any party objected to consolidating of the Newly Filed Actions with the Consolidated Actions for pretrial purposes.  In a letter of May 23, Canon represented that no defendant that responded objected to consolidation for pretrial purposes, although certain defendants did not advise Canon of their position.  No defendant has written to the Court.  Accordingly, it is hereby

ORDERED that the Clerk of Court shall consolidated the Newly Filed Actions with the Consolidated Actions under the docket number of the lead case, 14 Civ. 537 (DLC).

IT IS FURTHER ORDERED that all parties to these cases shall attend the initial pretrial conference scheduled for July 10 at 10 a.m.  The parties are directed to the Court's March 10 Order in the lead case, 14 Civ. 537 (DLC), for instructions regarding preparation for that conference.

IT IS FURTHER ORDERED that, henceforth, any pleading or motion filed in these actions shall bear the following caption, except that it shall only list the case number 14 Civ. 537 and the numbers of any other case or cases to which that pleading or motion applies.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE CANON PATENT LITIGATION | 14 Civ. 537 (DLC)<br>14 Civ. 540 (DLC)<br>14 Civ. 542 (DLC)<br>14 Civ. 543 (DLC)<br>14 Civ. 547 (DLC)<br>14 Civ. 551 (DLC)<br>14 Civ. 554 (DLC)<br>14 Civ. 555 (DLC)<br>14 Civ. 558 (DLC)<br>14 Civ. 562 (DLC) | 14 Civ. 3307 (DLC)<br>14 Civ. 3308 (DLC)<br>14 Civ. 3309 (DLC)<br>14 Civ. 3310 (DLC)<br>14 Civ. 3311 (DLC)<br>14 Civ. 3312 (DLC)<br>14 Civ. 3313 (DLC)<br>14 Civ. 3314 (DLC)<br>14 Civ. 3315 (DLC)<br>14 Civ. 3316 (DLC) |

Dated:   New York, New York
         May 27, 2014

_____
DENISE COTE
United States District Judge