UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                    :

```
                        :  14 Civ. 537 (DLC)    14 Civ. 3307 (DLC)
                        :  14 Civ. 540 (DLC)    14 Civ. 3308 (DLC)
                        :  14 Civ. 542 (DLC)    14 Civ. 3309 (DLC)
                        :  14 Civ. 543 (DLC)    14 Civ. 3311 (DLC)
                        :  14 Civ. 547 (DLC)    14 Civ. 3312 (DLC)
    IN RE CANON         :  14 Civ. 551 (DLC)    14 Civ. 3313 (DLC)
       PATENT           :  14 Civ. 554 (DLC)    14 Civ. 3314 (DLC)
     LITIGATION         :  14 Civ. 555 (DLC)    14 Civ. 3315 (DLC)
                        :  14 Civ. 558 (DLC)    14 Civ. 3316 (DLC)
                        :  14 Civ. 562 (DLC)
                        :
                        :                        ORDER
                        :
```
-----------------------------------X

DENISE COTE, District Judge:

    Defendants in each of the above-captioned actions (the "Consolidated Actions") except <u>Canon Inc. v. Wazana Bros. Int'l, Inc.</u>, 14 Civ. 551 (DLC) ("<u>Wazana Bros.</u>") have been named in a complaint filed by plaintiff Canon Inc. ("Canon") with the United States International Trade Commission ("ITC") on May 7, 2014 (the "ITC Complaint").[1]  The Consolidated Actions have been consolidated for pre-trial purposes.  By letter of June 13, Canon advises that, on June 6, the ITC instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 based on the ITC Complaint (the "ITC Proceeding").  Proceedings in each of the Consolidated Actions except 14 Civ. 551, 14 Civ. 3311, 14 Civ. 3312, 14 Civ. 3315, and 14 Civ. 3316 have been

---

[1] Defendant OnlineTechStores.Com, Inc. was not named in the ITC Complaint, but its co-defendant and affiliate Online Tech Stores, LLC, was named.

previously stayed pursuant to 28 U.S.C. § 1659(a) until the ITC's determination in the ITC Proceeding becomes final. It is hereby

ORDERED that proceedings in all of the Consolidated Actions, including Wazana Bros., shall be stayed until the ITC's determination in the ITC Proceeding becomes final. Canon's time to serve defendants in the Consolidated Actions is unaffected.

IT IS FURTHER ORDERED that, within seven days of learning that the ITC's determination in the ITC Proceeding has become final, the parties shall so advise the Court.

IT IS FURTHER ORDERED that the parties shall file a status letter on August 15, 2014, advising the Court of the status of the ITC Proceeding.

IT IS FURTHER ORDERED that defendants who have been served or waived service shall have 45 days from the dissolution of this stay to answer, move, or otherwise respond to Canon's complaints.

IT IS FURTHER ORDERED that the initial pretrial conference in the Consolidated Actions, currently scheduled for July 10, 2014 at 10 a.m., is adjourned sine die.

Dated:   New York, New York
         June 16, 2014

_____
DENISE COTE
United States District Judge

2